IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TERRI TRUITT, formally known as, TERRI TRUITT GRIFFITHS | § § § | |
| Plaintiff | § § | |
| vs. | § § | C.A. NO. 1:10-cv-00582-SS |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, Defendant | § § § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Terri Truitt ("Truitt") and Defendant Unum Life Insurance Company of America ("Unum"), by and through their counsel, move to dismiss all claims and counterclaims with prejudice.

**Respectfully submitted,**

Rickey J. Brantley
Texas State Bar No. 02899730
ricky@rickeybrantley.com

RICKEY J. BRANTLEY, ATTORNEY AT LAW, P.C.
855 Texas Street #100
Fort Worth, Texas 76102
(817) 882-8220 – telephone
(817) 882-8209 – telecopy

ATTORNEYS FOR PLAINTIFF
TERRI TRUITT

AGREED MOTION FOR DISMISSAL WITH PREJUDICE – Page 1

_____
Lauren Welch
Texas State Bar No. 24073396
McCranie, Sistrunk, Anzelmo, Hardy,
McDaniel & Welch LLC
909 Poydras Street Suite 1000
New Orleans, LA 70112
504-831-0946
504-846-8464 - direct dial
800-977-8810 - fax
http://www.mcsalaw.com
lwelch@mcsalaw.com

ATTORNEYS FOR DEFENDANT
UNUM LIFE INSURANCE COMPANY
OF AMERICA